## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## SOUTHERN DIVISION

| | |
|---|---|
| ROBERTA NEWELL,<br><br>Plaintiff,<br><br>vs.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br><br>Defendant. | Case No.: **2:11-cv-00855-RLH -PAL**<br><br>**ORDER** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  July 29, 2011

_____
UNITED STATES DISTRICT JUDGE